# United States District Court

## DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v | |
| ODESSA R. TURNER | CASE NUMBER: 09-M-3220-VHL |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 10, 2009, at Aberdeen Proving Ground, Maryland, in the District of Maryland, defendant did, within the special maritime territorial jurisdiction of the United States in the State and District of Maryland, violate the Maryland Transportation Article Sections 13-401(h) and 17-107, (assimilated), as set forth in Counts One and Two, in violation of Title 18 United States Code, Sections 7 & 13.

I further state that I am an APG Police Officer and that this complaint is based on the following fact: the written statement of Officer Strawderman.

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

9-17-09                                   Aberdeen Proving Ground, Maryland
Date                              at      City and State

VICTOR H. LAWS III UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT

On July 10, 2009, at approximately 10:05 p.m., Officer Strawderman, personally known to me to be a police officer at Aberdeen Proving Ground, Maryland (APG), was performing entry control duties at the Maryland Boulevard gate APG, an area within the special maritime territorial jurisdiction of the United States. At that time, Officer Strawderman observed a black Nissan enter the gate area and stop. Officer Strawderman approached the vehicle and identified the driver as Odessa R. Turner by her military ID card and Texas driver's license. A check through the Maryland Interagency Law Enforcement System revealed that the vehicle was uninsured and that the vehicle registration was suspended. The registration plates were confiscated and Ms. Turner was cited and released.

I have knowledge of the above facts and information through a review of the written statement of Officer Strawderman.

I declare under penalty of perjury that the information that I have set forth above and on the face of the complaint is true and correct to the best of my knowledge.

Executed on: 17 Sep 09

IAN BOOTH
Inspector, APG Police

Probable Cause has been stated for the filing of the complaint.

Date: 9-17-09

VICTOR H. LAWS III
United States Magistrate Judge

## COUNT ONE
### (1053656)

### DRIVING WHILE UNINSURED
### (CLASS A MISDEMEANOR)

On or about July 10, 2009, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District of Maryland

**ODESSA R. TURNER**

did drive a motor vehicle on a public highway in the State of Maryland knowing that said vehicle was not covered by the required security, Title 18, United States Code, Sections 7 & 13, Maryland Transportation Article Sections 17-107.

## COUNT TWO
### (1053655)

### DRIVING VEHICLE ON HIGHWAY WITH SUSPENDED REGISTRATION
### (INFRACTION)

On or about July 10, 2009, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District of Maryland

**ODESSA R. TURNER**

did drive and attempt to drive a motor vehicle on a public highway in the State of Maryland while her vehicle registration was suspended in the State of Maryland, Title 18, United States Code, Sections 7 & 13, Maryland Transportation Article Sections 13-401.(h).